**Tashara PINET, Proposed Administrator of the Estate of Raul Pinet, Jr., Plaintiff–Appellant,**

v.

**COUNTY OF ONONDAGA, Kevin E. Walsh, in his individual and official capacity as the Sheriff of Onondaga County, Onondaga County Sheriff's**

---

Office, Kevin Brisson, in his individual and official capacity as the Head of the Security and Operation Division for the Onondaga County Sheriff's Office Custody Department, Richard Carbery, in his individual and official capacity as the Chief of the Onondaga Sheriff's Office Custody Department, John Does 1–10, said names being fictitious as the individual corrections officers who were in charge of decedent while at the Onondaga County Justice Center, Defendants–Appellees.*

No. 14–45.

United States Court of Appeals,
Second Circuit.

Dec. 15, 2014.

Brian M. Dratch, Franzblau Dratch, P.C., Livingston, N.J, for Plaintiff–Appellant.

Kathleen M. Dougherty, Senior Deputy County Attorney, for Gordon J. Cuffy, Onondaga County Attorney, Syracuse, N.Y., for Defendants–Appellees.

PRESENT: RICHARD C. WESLEY, PETER W. HALL and GERARD E. LYNCH, Circuit Judges.

## SUMMARY ORDER

Plaintiff Tashara Pinet appeals from a Memorandum–Decision and Order in the United States District Court for the Northern District of New York (Sharpe, J.) dated November 26, 2013. We affirm for reasons stated by the district court.

* The Clerk of the Court is directed to amend

The judgment of the district court is AFFIRMED.